ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 286-6619
waqw@sbcglobal.net

Attorneys for Plaintiff

BRUCE NAPEL
Law Offices of Peter A. Singler
6950 Burnett St # 200
Sebastopol, CA 95472-4252
Phone: (707) 823-8719
Fax:    (707) 823-8737
bjn@singler-law.com

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| HEPSIVA MARTINEZ | Case No.: C07-5723 MHP |
|---|---|
| PLAINTIFF, | **STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER** |
| VS. | |
| PHYJAN INC., TAMKAR INC. AND DOES 1 TO 10 | |
| Defendants | |

Plaintiff and defendants stipulate to continue the Initial Case Management Conference currently scheduled for March 3, 2008 at 4:00 p.m., as follows:

1. On November 13, 2007, Plaintiff filed her Complaint.

2. January 30, 2008, Defendants were served with Summons and Complaint.

3. Defendants have not answered to the Complaint or appeared otherwise. However, Defendants through their counsel Mr. Bruce Napel indicate that Defendants are willing to explore a settlement with Plaintiff before filing an answer.

Case No.: C07-05723 MHP

1

4.   As such, parties respectfully request the Case Management Conference be continued for two weeks to March 17, 2008 to allow parties time to discuss settlement of this case.

Dated: February 28, 2008            By: /s/ ADAM WANG
                                         Adam Wang
                                         Attorney for Plaintiff

Dated: February 28, 2008            By:  /s/ BRUCE NAPEL
                                         Bruce Napel
                                         Attorney for Plaintiff

_____

## [~~PROPOSED~~] ORDER

It is hereby ordered that defendants should answer or otherwise respond to the Complaint no later than March 10, 2008.

It is further ordered that the initial case management conference be continued to March 17, 2008, and a Joint Case Management Statement should be filed no later than March 10, 2008.

**IT IS SO ORDERED.**

Dated: February ~~28~~ 29, 2008            By: 

Case No.: C07-05723 MHP

2

**STIPULATION TO CONTINUE INITIAL CMC**
Martine v. v. Phyjan Inc., et al