UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: March 17, 2008

Case No.   C 07-5723  MHP          Judge: MARILYN H. PATEL

Title: HEPSIVA MARTINEZ -v- PHYJAN INC et al

Attorneys:  Plf: Adan Wang
            Dft: no appearance

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

## PROCEEDINGS

1)   Case Management Conference

2)

3)

## ORDERED AFTER HEARING:

Plaintiff counsel claims ongoing settlement negotiations; A Further status conference set for 5/19/2008 at 3:00 pm, with a joint status report to be filed one week prior.