**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 19, 2008

Case No.   C 07-5723  MHP          Judge: MARILYN H. PATEL

Title: HEPSIVA MARTINEZ -v- PHYJAN INC et al

Attorneys:  Plf: Adam Wong
            Dft: Bruce Napell

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Settlement negotiations ongoing; Briefing schedules as follows:

    Motion to amend to be filed by 6/23/2008;
    Oppositions to be filed by 7/7/2008;
    Replies to be filed by 7/14/2008;
    Motion to be heard 2:00 pm on 7/28/2008;

Jury Trial set for 6/16/2009 at 8:30 am;
Pretrial Conference set for 6/3/2009 at 2:30 pm;
Final dispositive hearing date: 5/18/2009;

Matter referred to Mediation to be completed within 60-90 days;