UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEPSIVA MARTINEZ,

Plaintiff,

vs.

PHYJAN INC., TAMKAR INC and DOES 1 TO 10,

Defendants.

/

Case No. C07-05723 MHP

**STIPULATION RE DISMISSAL WITH PREJUDICE**

Plaintiff, Hepsiva Martinez and defendants, Phyljan, Inc., and Tamkar, Inc., by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and Release herein (a copy of which is attached hereto as Exhibit A), each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See Kokonen v. Guardian Life Ins. Co*., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall

constitute one original document.

Dated: September 10, 2008

By:__________/s/____________________
Adam Wang, Attorneys for Plaintiff Hepsiva Martinez

Singler, Napell & Dillon, LLP

Dated: September 10, 2008

By:__________/s/______________________
Bruce Napell, Attorneys for Defendants Phyljan, Inc., and Tamkar, Inc.

**ORDER**

IT IS SO ORDERED.

Dated: ________________

____________________________________
HON. MARILYN HALL PATEL
U.S. DISTRICT JUDGE

Submitted by:

BRUCE NAPELL
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, CA 95472
Telephone: 707/823-8719

# **Exhibit A**

# SETTLEMENT AGREEMENT AND RELEASE

**THIS SETTLEMENT AGREEMENT AND RELEASE** is entered into by and between Plaintiff Hepsiva Martinez (aka Alondra Sanchez) and defendants, Phyljan, Inc., and Tamkar, Inc., to resolve any and all disputes including, but not limited to, Plaintiff's claims for compensatory and statutory damages, penalties, attorneys' fees, costs and litigation expenses, arising out of and relating to the action entitled HEPSIVA MARTINEZ v. PHYLJAN INC., TAMKAR INC. AND DOES 1 TO 10, U.S. District Court, Northern District of California Case No. C07-05723 MHP.

## RECITALS:

A. On or about November 13, 2007, HEPSIVA MARTINEZ (also known as Alondra Sanchez) filed an action entitled HEPSIVA MARTINEZ v. PHYLJAN INC., TAMKAR INC. AND DOES 1 TO 10, in the United States District Court for the Northern District of California, docketed as Case No. C07-05723 MHP (the "Action"). The complaint in the Action alleges causes of action for violation of the California Labor Code and the Federal Fair Labor Standards Act. The Action seeks damages for non-payment of overtime, and statutory liquidated damages and penalties.

B. The parties now desire to settle and compromise all claims that were or could have been raised in the subject action.

## GENERAL TERMS

1. Whenever the singular is used in this Settlement Agreement and Release, it includes the plural. Whenever the masculine gender is used, it includes the feminine or neuter gender. Whenever the words "complaint," "action" or "lawsuit" are used, they include any and all amended complaints, amendments to complaints, cross-complaints, amended cross-complaints, amendments to cross-complaints, complaints in intervention, amended complaints in intervention, and amendments to complaints in intervention.

2.      Hepsiva Martinez (aka Alondra Sanchez), in executing this Mutual Settlement Agreement and Release, shall be deemed to have executed this Agreement for herself and her heirs, executors, administrators, successors and assigns, and anyone else who may purport to claim an interest by or through her.

3.      Whenever the name of a party released and discharged is used, it shall include the shareholders, directors, officers, trustees, agents, representatives, employees, affiliated entities, parent companies, partners, attorneys, insurers, heirs, executors, beneficiaries, administrators, successors and assigns of the party and all other persons for whose acts and omissions said party may be held liable.

## AGREEMENT

1.      The above Recitals and General Terms are incorporated into this Agreement.

2.      **Release of Claims**

Hepsiva Martinez, (the "Releasor"), in consideration of the sum of Eighteen Thousand Dollars ($18,000) as total payment, hereby forever releases and discharges Phyljan,Inc., and Tamkar, Inc., and their shareholders, agents, employees, officers, directors, representatives, affiliates, divisions, subsidiaries, partners, associates, principals, attorneys, insurers, predecessors, heirs, beneficiaries, successors and assigns (collectively the "Released Parties") of and from all claims or demands for damages, penalties, attorneys' fees, costs and litigation expenses arising out of or in any way related to the Action.

//

//

Parties understand and stipulate that the $18,000 is allocated as follows: $10,000 for damages to Plaintiff; and $8,000 for statutory attorney's fees and costs incurred in prosecution of this case.

3. **Payment**

Payment of the Eighteen Thousand Dollars ($18,000) shall be made in six (6) installments by checks payable to "Law Offices of Adam Wang, Client Trust Account" in the amounts and pursuant to the following schedule:

| Amount | Date Due |
|---|---|
| $4,000 | Within 10 days of the Court's entry of the Parties' Stipulation Re: Dismissal with Prejudice. |
| $2,800 | September 10, 2008 |
| $2,800 | October 10, 2008 |
| $2,800 | November 10, 2008 |
| $2,800 | December 10, 2008 |
| $2,800 | January 10, 2009 |

4. **Breach**

In the event any installment is not received by the Date Due, Plaintiff's attorney shall give notice to Defendants' attorney. Notice shall be in writing, and may be given by facsimile or e-mail. If the payment is not received by Plaintiff's attorney within 5 days after giving Notice, Plaintiff may move for entry of judgment in the amount of sum of the unpaid installments. The prevailing party in any action under this Agreement shall be entitled to an award of its reasonable attorneys' fees and costs.

4. **Dismissal of the Action**

Concurrently with their execution of this Agreement, the Parties will stipulate to

dismissal of the Action and all claims against the Defendants, with prejudice, and in a form satisfactory to counsel for the Defendant. The executed stipulation will be filed with the court.

5. **No Admission of Liability**

The parties agree that the liability for all claims alleged in the Action is denied by the Released Parties.

6. **Waiver of Section 1542 of the Civil Code**

Hepsiva Martinez agrees that the provisions of Section 1542 of the Civil Code of the State of California are hereby expressly waived, and she understands that said section provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

7. **Court Retains Jurisdiction**

It is expressly understood and agreed by and between the Parties that the court in the above-referenced action will retain jurisdiction over the settlement of this action if necessary to carry out the terms of the Settlement Agreement and Release, a true and correct copy of which shall be attached to the order of dismissal.

8. **Counterparts**

This Agreement may be executed in counterparts, all of which together shall constitute this single Agreement.

<<Signatures on Following Page>>

<<Signatures>>

Dated: ~~August~~ 9/16, 2008

Adam Wang for Hepsiva Martinez

Hepsiva Martinez, ada Alondra Sanchez

Dated: August 20, 2008

Phyljan, Inc.

By: Janette Smiley

Janette Smiley, President

Dated: August 20, 2008

Tamkar, Inc.

By: Janette Smiley

Janette Smiley, President

Approved as to Form:

Dated: August 21, 2008

Bruce Napell, Attorney for Defendants

Dated: ~~August~~ 9/10/08, 2008

Adam Wang, Attorney for Plaintiff